IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUIS MARTINEZ,

    Petitioner,

v.

MARION E. SPEARMAN, Warden,

    Respondents.

No. C 13-3655 WHA (PR)

**JUDGMENT**

Judgment is entered in favor of respondent.

**IT IS SO ORDERED**.

Dated: September  24 , 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE