United States District Court
For the Northern District of California

1
2
3
4
5
6                IN THE UNITED STATES DISTRICT COURT
7           FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9
10  LUIS MARTINEZ,                   No. C 13-3655 WHA (PR)
11         Petitioner,          **JUDGMENT**
12   v.
13  MARION E. SPEARMAN, Warden,
14        Respondents.
15                       /
16      Judgment is entered in favor of respondent.
17     **IT IS SO ORDERED**.
18
19  Dated: September __24__, 2013.                          
20                             WILLIAM ALSUP
                              UNITED STATES DISTRICT JUDGE
21
22
23
24
25
26
27
28